UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATSY BUCCIERO, et al.,

                Plaintiffs,

-against-

AMROCK, LLC,

                Defendant.

**ORDER**

23-CV-04953 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for a case management conference today.

Discovery concluded on February 22, 2024. (*See* Doc. 53). Accordingly, the Court directed the parties to meet and confer and file Individual Practices Rule 6(A) and 6(B) pre-trial materials by May 10, 2024.

The parties were reminded that they may consent to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c), by filing a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (form AO 85) using the ECF Filing Event "Proposed Consent to Jurisdiction by US Magistrate Judge." The parties were also advised that, provided the parties agree and can establish to the Court's satisfaction the propriety thereof, they may request transfer of this action to the Massachusetts court where the other action is pending. Should the parties elect either to consent to the Magistrate Judge or request transfer to Massachusetts, they shall do by April 11, 2024.

SO ORDERED:

Dated: White Plains, New York
       April 4, 2024

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge