**WORKING SOLUTIONS**

May 7, 2024

> Application granted. The deadline to submit the parties' joint proposed jury instructions and *voir dire* is extended to June 10, 2024.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         May 7, 2024

**VIA ECF**

Honorable Philip M. Halpern, United States District Judge
United States District Court, Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street, Courtroom 520
White Plains, New York 10601

    Re: *Bucciero et al., v. Amrock, LLC,* Case No. 7:23-cv-4953 (S.D.N.Y.)

Dear Judge Halpern:

    Our firm represents the Plaintiffs in the above referenced matter. We write jointly with Defendant's counsel request a 30-day extension of time, until Monday, June 10, 2024, to submit the joint jury instructions and joint *voir dire* pursuant to Your Honor's Individual Practice 6(B)(i). This is the parties first request for an extension of this deadline and because of the parties upcoming mediation on July 25, 2024, this will not affect any other trial deadlines set by this Court.

    The parties intend to file their joint pre-Trail Order, pursuant to Rule 6(A) of Your Honor's Individual Rules, as planned on Friday, May 10, 2024.

    We thank the Court for its time and consideration. If the Court has any questions, please do not hesitate to contact the undersigned.

    Respectfully,

    */s/ Rachel M. Haskell*
    Rachel M. Haskell, Esq.

cc:    All Counsel (via ECF)