UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATSY BUCCIERO, et al., <br><br>                     Plaintiffs, <br><br> -against- <br><br> AMROCK, LLC, <br><br>                     Defendant. | **ORDER** <br><br> 23-CV-04953 (PMH) |

PHILIP M. HALPERN, United States District Judge:

    A pretrial conference has been scheduled for December 11, 2024 at 10:00 a.m. to be held in Courtroom 520 of the White Plains Courthouse.

SO ORDERED:

Dated: White Plains, New York
       December 2, 2024

                                    Philip M. Halpern
                                    United States District Judge