UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATSY BUCCIERO, et al., | |
| Plaintiffs, | **ORDER** |
| -against- | 23-CV-04953 (PMH) |
| AMROCK, LLC, | |
| Defendant. | |

PHILIP M. HALPERN, United States District Judge:

The parties' request to adjourn the pretrial conference is granted. (Doc. 142). The conference scheduled for December 11, 2024 is rescheduled to December 18, 2024 at 10:00 a.m.

SO ORDERED:

Dated: White Plains, New York
       December 9, 2024

_____
Philip M. Halpern
United States District Judge