UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATSY BUCCIERO, et al.,

               Plaintiffs,

-against-

AMROCK, LLC,

               Defendant.

**ORDER**

23-CV-04953 (PMH)

PHILIP M. HALPERN, United States District Judge:

      Counsel for all parties appeared for an in-person pretrial conference on December 18, 2024. For the reasons set forth on the record, Defendant's motion for reconsideration (Doc. 94) is GRANTED and on reconsideration, Defendant's Rule 12(c) motion is granted in part, such that as to Hirschberg's New York Labor Law claims are dismissed. Plaintiffs' motion *in limine* (Doc. 105) is DENIED as stated on the record. Defendant's motions *in limine* (Doc. 101) are GRANTED IN PART and DENIED IN PART, as stated on the record.

      As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the Joint Pretrial Order and file, by **January 10, 2025**, an Amended Proposed Joint Pretrial Order.

2. The Court issued its rulings which granted, granted in substance, or denied the parties' proposed Voir Dire questions. The Court circulated the proposed Voir Dire Questionnaire and Summary of the Case. Any serious objections thereto, and any additions or deletions, in particular: any other people/places/entities that may be mentioned at trial; and names of other individuals who might be at counsel table besides those identified in the questions (like paralegals, interns, etc.), shall be set forth in a joint letter filed by **January 10, 2025.**

3. The parties shall meet and confer regarding changes to the proposed Verdict Sheet and file, by **January 10, 2025**, a revised joint proposed Verdict Sheet.

4. The parties shall meet and confer regarding objections in the Proposed Jury Instructions and file, by **January 10, 2025**, Amended Proposed Jury Instructions. The Court will separately docket the parties' proposed Order and Stipulation to that effect.

5. All of the revised pretrial materials must be filed via ECF and simultaneously e-mailed, in Word format, to Chambers e-mail.

6. Three exhibit binders containing the parties' exhibits (without duplicates), and an index listing the content of the binders shall be produced to the Court at least one week prior to trial.

7. This case is scheduled as primary backup to a trial scheduled to commence on May 20, 2025; and as primary backup to a trial scheduled to commence on June 16, 2025. This case must therefore be trial-ready for that date. The parties are on five days' trial notice.

8. The Court will separately issue an Order scheduling the next pretrial conference in this matter.

See Transcript.

The Court will separately docket an order of reference to Magistrate Judge Reznik for settlement.

The Clerk of the Court is respectfully directed to terminate the motion sequences pending at Doc. 94, Doc. 101, and Doc. 105.

**SO ORDERED:**

Dated: White Plains, New York
December 18, 2024

_____
PHILIP M. HALPERN
United States District Judge