# JacksonLewis

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

January 3, 2025

**VIA ECF**

Honorable Philip M. Halpern, United States District Judge
United States District Court, Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street, Courtroom520
White Plains, New York 10601

> Application for an extension granted. The deadline to file revised pretrial submissions is extended to January 24, 2025.
>
> SO ORDERED:
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           January 6, 2025

      Re: *Bucciero et al., v. Amrock, LLC, Case No. 7:23-cv-4953 (S.D.N.Y.)*

Dear Judge Halpern:

      As you know, this office represents Defendant Amrock, LLC in the above matter.  We write with counsel for Plaintiffs to jointly request a short extension on the Parties' joint submission of the revised Joint Pre-Trial Order, Proposed Jury Instructions, and Proposed Verdict Sheet.  The Parties are working collaboratively and making progress on the revised submissions. The parties met and conferred virtually on January 2 and are looking to schedule an in-person meet and confer for early in the week of January 13.  The parties believe that with the benefit of more time they will be able to resolve many of the outstanding disputes without the need for Court intervention.  The Court set an initial deadline to submit the revised documents for January 10, 2025, and the Parties are seeking until January 24, 2025 to submit the above documents.

      The Court was also seeking some proposed dates for a further pre-trial conference.  Given the attorneys' schedules, and the dates the parties are available to meet with the Magistrate for the settlement conference, the Parties provide the following dates for the next pre-trial conference:  February 12, 13, 14, 25, 26 or 27.

      We thank the Court for its time and consideration.  If the Court has any questions, please do not hesitate to contact the undersigned.

            Respectfully submitted,

            Greg Riolo
            Direct Dial: 914-872-6902
            greg.riolo@jacksonlewis.com
            JACKSON LEWIS P.C.

GR
cc:     Counsel of Record (Via email)