# JacksonLewis

Jackson Lewis P.C.
44 South Broadway
14th Floor
White Plains, NY 10601

DIRECT DIAL: (518) 512-8791
EMAIL ADDRESS: Greg.riolo@jacksonlewis.com

> Application granted. The deadline to file the balance of the pretrial submissions is extended to April 4, 2025.
>
> SO ORDERED.
>
> *[signature]*
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 24, 2025

**VIA ECF**

The Honorable Philip M. Halpern
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:  *Bucciero, et al. v. Amrock, LLC*
Civil Case No. 7:23-cv-4953

Dear Judge Halpern:

    We represent Defendant Amrock, LLC in the above referenced matter. On behalf of all parties, and in accordance with Rule 1(C) of Your Honor's Individual Rules, we write to respectfully request an additional two-week extension of the parties' deadline to jointly submit Proposed Jury Instructions and a Verdict Sheet.[1] These pre-trial submissions are currently due on March 21, 2025, however, additional time is needed for the parties to confer further regarding several outstanding issues. *See* ECF Dkt. No. 163. The parties have jointly requested an extension of this deadline three times, as we have continued to work collaboratively to narrow the scope of such issues. And the Court graciously granted these requests. ECF Dkt. Nos. 151, 155, 163. Since the last adjournment request, the parties have met and conferred several times, and continue to make progress on the instructions. No other deadlines would be impacted if the Court were to grant the instant request, as the next pre-trial conference scheduled before Your Honor is on May 7, 2025.

    We thank the Court for its consideration and attention to this matter.

Respectfully submitted,
JACKSON LEWIS P.C.

/s/ *Greg R. Riolo*

Greg R. Riolo

---

[1] Counsel is mindful of the 48-hour window for adjournment requests specified in Your Honor's Individual Rules and apologize for making this request within the same.