# JacksonLewis

**Jackson Lewis P.C.**
44 South Broadway
14th Floor
White Plains, NY 10601
Phone: 914-872-8060
jacksonlewis.com

DIRECT DIAL: (518) 512-8791
EMAIL ADDRESS: Greg.riolo@jacksonlewis.com

Application granted. Deadline
extended to June 13, 2025.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
      May 30, 2025

**VIA ECF**

The Honorable Philip M. Halpern
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:    *Bucciero, et al. v. Amrock, LLC*
       Civil Case No. 7:23-cv-4953

Dear Judge Halpern:

We represent Defendant Amrock, LLC in the above referenced matter. On behalf of all parties, and in accordance with Rule 1(C) of Your Honor's Individual Rules, we write to respectfully request an additional two-week extension of the parties' deadline to jointly submit settlement approval papers.[1] No other deadlines would be impacted if the Court were to grant the instant request.

We thank the Court for its consideration and attention to this matter.

Respectfully submitted,
JACKSON LEWIS P.C.

/s/ *Greg R. Riolo*

Greg R. Riolo

GRR:dc

4910-0249-7836, v. 1

---

[1] Counsel is mindful of the 48-hour window for adjournment requests specified in Your Honor's Individual Rules and apologize for making this request within the same.