**WORKING SOLUTIONS**

June 12, 2025

**VIA ECF**

The Honorable Philip M. Halpern
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

> Application granted. Deadline extended to June 27, 2025.
>
> SO ORDERED.
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 12, 2025

      Re:    *Bucciero, et al. v. Amrock, LLC*, Civil Case No. 7:23-cv-4953

Dear Judge Halpern:

We represent Plaintiffs in the above referenced matter. On behalf of all parties, and in accordance with Rule 1(C) of Your Honor's Individual Rules, we write to respectfully request an additional two-week extension of the parties' deadline to jointly submit settlement approval papers. The settlement agreement and accompanying *Cheeks'* motion are near final. This additional time is required to complete the review of all settlement documents with our respective clients, obtain the necessary signatures from all parties, and finalize the joint *Cheeks* submission.

The parties anticipate filing the completed Cheeks motion by no later than June 27, 2025. This is the parties' second request for an extension of this deadline, and the requested extension will not affect any other scheduled dates in this matter.

We thank the Court for its consideration and attention to this matter.

                              Respectfully submitted,

                              /s/ Rachel M. Haskell
                              Rachel M. Haskell